UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
RICHARD W. NAGEL
CLERK OF COURT

2024 JUN -6 AM 11: 31

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARRELL E. WALKER III,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (Felon in Possession of a Firearm)

1. On or about October 21, 2023, in the Southern District of Ohio, the defendant, **DARRELL E. WALKER III**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Anderson Manufacturing, model AM-15, multi caliber, semi-automatic pistol, bearing serial number 21303543, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### COUNT TWO
### (Possession with Intent to Distribute Controlled Substances)

2. On or about October 21, 2023, in the Southern District of Ohio, the defendant, **DARRELL E. WALKER III,** knowingly and intentionally possessed with the intent to distribute

a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as "fentanyl," a Schedule II controlled substance; and a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## FORFEITURE ALLEGATION

3. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America.

4. Upon conviction of any of the offenses alleged in this Indictment, the defendant, **DARRELL E. WALKER III**, shall forfeit to the United States all of his right, title, and interest in:

    a. all firearms and ammunition involved in or used in any of the offenses alleged in this Indictment, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and/or

    b. any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation of 21 U.S.C. § 841 as alleged in this Indictment, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, in accordance with 21 U.S.C. § 853(a)(1) and (2);

including, but not limited to, the following:

- One Anderson Manufacturing, model AM-15, multi caliber, semi-automatic pistol, bearing serial number 21303543; and
- All associated ammunition, magazines, and accessories.

2

      Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), 21 U.S.C. § 853(a)(1) and (2), and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL

*s/ Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*[signature]*
**ELENA V. TUHY-WALTERS (0065443)**
**Special Assistant United States Attorney**